# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:17CR369** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **KEVIN W. McRAE,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This matter is before the court on the government's Joint Motion to Continue Trial [17]. The government's essential witness is overseas. Counsel are requesting a date certain for the trial in order to secure the availability of the witness. The defendant has no objection to the continuance. Good cause being shown, the motion shall be granted and the trial shall be continued.

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1.  The jury trial currently scheduled set for May 7, 2018 is continued to **August 20, 2018.**

2.  The time between today's date and the commencement of trial is deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that in continuing trial the ends of justice outweigh the best interest of the public and Defendant in a speedy trial and for the reasons set out in the government's motion to continue trial, See 18 U.S.C. § 3161(7)(A).

3.  A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **April 25, 2018.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED April 18, 2018.**

**BY THE COURT:**

**s/ Susan M. Bazis**
**United States Magistrate Judge**